**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3823-18T4

FEDERAL NATIONAL MORTGAGE
ASSOCIATION ("FANNIE MAE"),
a corporation organized and existing
under the laws of the United States
of America,

      Plaintiff-Respondent,

v.

RCL MANAGEMENT, TOWNSHIP
OF HILLSIDE, SOMOYA BROWN,
IRENE MUNOZ, and AMERICAN
EXPRESS BANK, FSB,

      Defendants,

and

RODNEY O. LEE,

      Defendant-Appellant.

_____

      Submitted January 27, 2020 – Decided February 13, 2020

      Before Judges Messano and Vernoia.

On appeal from the Superior Court of New Jersey, Chancery Division, Essex County, Docket No. F-004066-15.

Rodney O. Lee, appellant pro se.

Phelan Hallinan Diamond & Jones PC, attorneys for respondent (Brian J. Yoder, on the brief).

PER CURIAM

This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-3823-18T4